NOT FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

Philip BINNS,

            Plaintiff,

    v.

Loretta LYNCH, Attorney General, U.S. Department of Justice, AKAL SECURITY, INC.,

            Defendants.
_____

Civil No. 16-03283(RBK)

**ORDER**

**THIS MATTER** arises from the Motion for Summary Judgment of Defendant Loretta Lynch, Attorney General of the United States of America [Doc. No. 33], seeking to dismiss Plaintiff Philip Binns' Complaint. For the reasons set forth in the corresponding Opinion, this Court **GRANTS** Defendant's motion. Because Plaintiff previously dismissed Defendant AKAL Security, Inc., this matter is now closed. The Clerk of the Court shall **CLOSE** this case.

Dated: 06/17/19                                                                              s/ Robert B. Kugler

                                                                                 ROBERT B. KUGLER

                                                                                 United States District Judge